# In the United States District Court for the Southern District of Georgia Waycross Division

THOMAS B. CHEEKS, JR.,

    Plaintiff,

v.

THE STATE OF GEORGIA BUREAU OF INVESTIGATIONS,

    Defendant.

5:23-cv-37

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS** Plaintiff's Complaint. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 5 day of February, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA